AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MULATA CLOTHES, SAC, a Peruvian corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MULATA CLOTHING, LLC, a Florida limited liability company; and VALENTINA RIOS, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26cv20967<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MULATA CLOTHING, LLC
R/A: VALENTINA RIOS
150 SOUTHEAST 2ND AVE, 1005
MIAMI, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Madison E. Mathews, Esq.
EPGD Attorneys at Law, P.A.
777 SW 37th Ave, Fifth floor
Miami, Florida 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/13/2026

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MULATA CLOTHES, SAC, a Peruvian corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MULATA CLOTHING, LLC, a Florida limited liability company; and VALENTINA RIOS, an individual,<br><br>*Defendant(s)* | Civil Action No. 1:26cv20967 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VALENTINA RIOS
6445 NE 7TH AVE
APT 520
MIAMI, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Madison E. Mathews, Esq.
EPGD Attorneys at Law, P.A.
777 SW 37th Ave, Fifth floor
Miami, Florida 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/13/2026

Angela E. Noble
Clerk of Court

s/ Micky Quezada
Deputy Clerk
U.S. District Courts