**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 26-cv-20967-DPG**

**MULATA CLOTHES, SAC,**
**a Peruvian corporation,**

    **Plaintiff,**

**v.**

**MULATA CLOTHING, LLC,**
**a Florida limited liability company;**
**VALENTINA RIOS, an individual,**

    **Defendants**.

_____/

## ORDER

    **THIS CAUSE** comes before the Court on Unopposed Motion to Withdraw as Counsel for Plaintiff (the "Motion"). [ECF No. 9]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.     The Motion is **GRANTED**.

2.     Madison Mathews, Benjamin Bedrava, and the law firm EPGD Attorneys at Law, P.A., are permitted to withdraw as Plaintiff's counsel of record in this action.

3.     Within **twenty (20) days** of the entry of this Order, Plaintiff shall retain new counsel, who shall file a Notice of Appearance in this action.

4.     If Plaintiff fails to retain new counsel, Defendants shall move for default.

5.     All documents, correspondence, pleadings, motions, and other filings shall be served on Plaintiff MULATA CLOTHES, SAC at the business address 15646 SW

2

111 Terrace, Miami, FL 33196, and via electronic mail at kiararodrigokahatt@gmail.com.

6.    Within **two (2) days** of the entry of this Order, Madison Mathews and Benjamin Bedrava shall provide a copy of this Order to Plaintiff RC Advisors LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of April, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2